AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas ▼

| | |
|---|---|
| Tugz Company LLC Steelstran Industries, Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 2:19-cv-00370 |
| Bouchard Transportation Co., inc. et al. ) | |
| *Defendant* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __08/18/2020__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 9/23/2020

CLERK OF COURT

David J. Bradley, Clerk of Court

*Signature of Clerk or Deputy Clerk*

AO 450 (Rev. 11/11) Judgment in a Civil Action

United States District Court
Southern District of Texas
**ENTERED**
August 18, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Tugz Company, LLC Steelstran Industries, Inc. ) | |
| Intervening *Plaintiff* ) | |
| v. ) | Civil Action No. 2:19-cv-00370 |
| Bouchard Transportation Co., Inc., et al ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ Intervening the plaintiff *(name)* Steelstran Industries, Inc. recover from the defendant *(name)* Bouchard Transportation Co., Inc. the amount of Thirteen Thousand Seven Hundred Sixty-One and 60/100 dollars ($ 13,761.60 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of 0.15 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David S. Morales on a motion for Final Summary Judgment.

Date: 8/18/20

CLERK OF COURT

*Signature of* ~~Clerk~~ *Deputy Clerk*